STATE of Missouri,
Plaintiff–Respondent,

v.

Barbara BAKER, Defendant–Appellant.

No. 53110.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 22, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 1, 1988.

Application to Transfer Denied
July 26, 1988.

Michael Burton, Public Defender's Office, St. Louis, for defendant-appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

Defendant, Barbara Baker, appeals from her conviction, after a jury trial, of stealing property over the value of one hundred fifty dollars. Defendant was sentenced as a persistent offender to imprisonment for a period of ten years.

No jurisprudential purpose would be served by a written opinion. The judgment

of the trial court is affirmed.  Rule 30.-25(b).